```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00845
   ANDRETTA D OJO
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4501
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 01/18/07 and confirmed on 06/01/07.

   2. The case was dismissed after confirmation, 02/15/2008.

   3. The Debtor paid a total of $ 3465.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHICAGO POST OFFICE EMP | SECURED VEHIC | 17937.00 | 401.85 | 2912.67 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 438.66 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1878.19 | .00 | .00 |
| ARNOLD GOLDSTEIN | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO POST OFFICE EMP | UNSECURED | NOT FILED | .00 | .00 |
| CUSTOM COLL SVC INC | UNSECURED | 13037.62 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 15304.16 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 324.60 | .00 | .00 |
| OMNIUM WORLDWIDE INC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT DESTEFANO | UNSECURED | 3538.42 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 9505.58 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 183.84 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 34113.49 | .00 | .00 |
| STEVEN T ADELSTEIN | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4572.87 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17937.00 | 4572.87 | 78324.56 | .00 | 100834.43 |
| PRINCIPAL PAID | 2912.67 | .00 | .00 | .00 | 2912.67 |
| INTEREST PAID | 401.85 | .00 | .00 | .00 | 401.85 |
| TOTAL PAID | 3314.52 | .00 | .00 | .00 | 3314.52 |

The Debtor's attorney, ERNESTO D BORGES JR          , was allowed $  3000.00 and was paid $     101.00   direct and $      60.39   through the plan.

The Trustee received $       90.09 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE